**Electronically Filed
Intermediate Court of Appeals
CAAP-17-0000512
02-MAY-2018
08:06 AM**

NO. CAAP-17-000512

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI


SCARLETT A. TAYLOR, Plaintiff-Appellant, v.
THE KAHALA HOTEL INVESTORS, LLC, et al., OWNERS dba THE KAHALA
HOTEL AND RESORT; TRINITY KAHALA, LLC; SMH KAHALA, LLC;
GENERAL MANAGER, KAHALA HOTEL AND RESORT; SECURITY DIRECTOR,
KAHALA HOTEL AND RESORT, Defendants-Appellees and
JOHN DOES 1-10; JANE DOES 1-10; and
DOE ENTITIES 1-10, Defendants


APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CIVIL NO. 13-1-0845)

ORDER DENYING MOTION OBJECTION ELECTRONICALLY
<u>FILED APRIL 19, 2018 FROM INTERMEDIATE COURT OF APPEALS</u>
(By: Leonard, Presiding Judge, Reifurth and Chan, JJ.)

Upon consideration of Plaintiff-Appellant's Motion
Objection Electronically Filed April 19, 2018 from Intermediate
Court of Appeals ("motion") filed herein on April 27, 2018, which
this court construes as a motion for reconsideration, and the
records and files herein,

IT IS HEREBY ORDERED that said motion is denied.

DATED: Honolulu, Hawai‘i, May 2, 2018.

On the motion:

Scarlett A. Taylor,
Plaintiff-Appellant, *Pro Se.*

Presiding Judge

Associate Judge

Associate Judge

2